In the Matter of the Application of WALTER HUTWELKER, INC., for an Order Compelling LOUIS DORFMAN, an Attorney at Law, to Pay over Moneys.— Motion to withdraw appeal granted upon payment by appellant of twenty dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of JOSEPH J. PISARRO for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Estate of GEORGE W. SUMNER, Deceased. MAUDTHILDE W. SUMNER, Appellant, v. ISAAC R. VALENTINE, Temporary Administrator, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARIE LARSEN, Appellant, v. JOHN LESTER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARTIN'S, Appellant, v. MARTIN'S DEPARTMENT STORE, INC., Respondent.— Motion to resettle order denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER H. LEMON, District Attorney of Orange County, Petitioner, v. THE SUPREME COURT OF THE STATE OF NEW YORK and Others, Respondents.— Application for alternative prohibition order granted, returnable on January 3, 1927. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.

ELIZABETH REEVE, Respondent, v. BAYLES REEVE, Appellant.— Motion to suspend operation of order granted in so far as it requires defendant to pay hospital expenses and counsel fee, on condition that pending the appeal he pay promptly the weekly alimony allowed in said order, and on the further condition that the appeal be perfected for, and argued at, the January term; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MORRIS ROSENBLUM, Respondent, v. MORRIS FELLER and SAMUEL GREEN, Copartners, etc., Appellants.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ROSENWASSER BROS., INC., Appellant, v. AMERICAN TRUST COMPANY, Respondent.— Motion to vacate order dismissing appeal and to set case down for argument at the February term granted on condition that appellant perfect the appeal for said term and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

RAY S. WIXON, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

PETER ABBOTT, Respondent, v. UNITED FRUIT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.